U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*

> The Government is directed to file a proposed Order extending time under the Speedy Trial Act forthwith.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>            October 1, 2021

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *United States v. Timothy Brockett*, 21 Cr. 574 (PMH)

Dear Judge Halpern:

    A change of plea hearing is scheduled in the above-captioned case on October 25, 2021, at 10:00 AM. At defendant's arraignment on September 16, 2021, Judge Davison excluded time under the Speedy Trial Act to no later than September 30, 2021. The Government respectfully requests that the Court exclude time under the Speedy Trial Act until October 25, 2021, pursuant to 18 U.S.C. § 3161(h) because, in light of the scheduled change of plea hearing, the interests of justice outweigh the public's and the defendant's interest in a speedy trial. Defense counsel consents to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney
    Southern District of New York

By:    __/s/ Steven J. Kochevar_____
    Steven J. Kochevar
    Assistant United States Attorney
    (914) 993-1928

cc:    Ben Gold, Esq. (by ECF)