

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

> Application granted. An Order excluding time under the Speedy Trial Act shall be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 54.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         October 12, 2021

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:     *United States v. Timothy Brockett*, 21 Cr. 574 (PMH)

Dear Judge Halpern:

      A change of plea hearing is scheduled in the above-captioned case on November 15, 2021, at 3:00 PM. *See* ECF No. 53.  On October 5, 2021, the Court excluded time pursuant to the Speedy Trial Act through October 25, 2021. *See* ECF No. 52. The Government respectfully requests that the Court exclude time under the Speedy Trial Act until November 15, 2021, pursuant to 18 U.S.C. § 3161(h) because, in light of the rescheduled change of plea hearing, the interests of justice outweigh the public's and the defendant's interest in a speedy trial. Defense counsel consents to this request. A proposed Order is attached.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney
      Southern District of New York

By:     __/s/ Steven J. Kochevar_____
      Steven J. Kochevar
      Assistant United States Attorney
      (914) 993-1928

cc:     Ben Gold, Esq. (by ECF)