# THE LAW OFFICES OF SEAN M. MAHER, PLLC

---

> Application granted in part.
>
> Mr. Brockett's sentencing is adjourned to June 14, 2022 at 11:00 a.m. Mr. Smith's sentencing is adjourned to June 16, 2022 at 2:30 p.m.
>
> Mr. Smith's sentencing submission shall be filed by June 2, 2022. The Government's response is due June 9, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 80.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>       April 28, 2022

April 18, 2022

*Re: United States v. Smith*, 21 Cr. 574 (PMH)

Dear Judge Halpern:

On behalf of Mr. Andrew Smith, I respectfully write to request that the sentencing hearing currently scheduled for May 20, 2022 be adjourned to a date within the time frame of July 11-14, August 2-5, August 23-26, or August 29 – September 1, 2022, and that all sentencing submissions be adjourned in accordance with any new sentencing date set by the Court. This is the first sentencing adjournment request I have made. The reason for this request is that I need the additional time to prepare for Mr. Smith's sentencing; I also have an initial brief due on May 20, 2022 in the Second Circuit for an appeal in a different matter that will impinge my ability to fully assist Mr. Smith with the current sentencing schedule.

      I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Steven Kochevar that the government has no objection to the defense's request.

                                        Respectfully submitted,

                                        _____/S/_____
                                        Sean M. Maher
                                        *Counsel for Andrew Smith*

cc: All counsel via ECF